JEFFREY SANTOS, Appellant, v STATE OF NEW YORK, Respondent. [938 NYS2d 799]

The Court of Claims correctly determined that where an individual has failed to personally verify his claim brought pursuant to the Unjust Conviction and Imprisonment Act, that claim must be dismissed (*Long v State of New York*, 7 NY3d 269, 276 [2006]).

We have considered the remaining arguments and find them unavailing. Concur—Tom, J.P., Friedman, Sweeny, Moskowitz and DeGrasse, JJ.